No. 12–0503/AF. U.S. v. Michael J. Blume. CCA 37385. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to June 7, 2012.

No. 12–0504/AR. U.S. v. Roderick C. Hillian. CCA 20091104. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to June 11, 2012.

No. 12–0505/AR. U.S. v. Garrett T. Grellner. CCA 20110580. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to June 11, 2012.

No. 10–0572/AF. U.S. v. Alejandro Arriaga. CCA 37439. Review granted on the following issue:

> WHETHER THE FINDING OF GUILTY TO INDECENT ASSAULT IN VIOLATION OF ARTICLE 134, UCMJ, FAILS TO STATE AN OFFENSE IN LIGHT OF *UNITED STATES v. FOSLER*, 70 M.J. 225 (C.A.A.F. 2011).

No briefs will be filed under Rule 25.

No. 11–0563/MC. U.S. v. Anthony J. Sanders. CCA 201000522. Review granted on the following issue:

> WHETHER THE ADMISSION INTO EVIDENCE OF THE NAVY DRUG SCREENING LABORATORY URINALYSIS DOCUMENTS VIOLATED APPELLANT'S SIXTH AMENDMENT RIGHT TO CONFRONT THE WITNESSES AGAINST HIM.

No briefs will be filed under Rule 25.

No. 12–0009/MC. U.S. v. Brandon M. Magnan. CCA 201000414. Review granted on the following issue:

> WHETHER A CONTESTED ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE AN ARTICLE 134 TERMINAL ELEMENT BUT THAT WAS NOT CHALLENGED AT TRIAL STATES AN OFFENSE.

No briefs will be filed under Rule 25.

No. 12–0373/AF. U.S. v. Jose S. Monserrate. CCA S31649. Review granted on the following issue: